■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON LOWE, Appellant. [673 NYS2d 617] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 21, 1997 (*People v Lowe,* 235 AD2d 500), affirming a judgment of the County Court, Nassau County, rendered November 11, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD C. MCCARGO, Appellant. [673 NYS2d 939] —Appeal by the defendant from a judgment of the County Court, Nassau County (Orenstein, J.), rendered July 11, 1996, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

There was no *Brady* violation (*see, Brady v Maryland,* 373 US 83) in the instant case since the People did not possess the material in question (*see, People v Johnson,* 195 AD2d 481).

The defendant's remaining contentions lack merit. Mangano, P. J., Bracken, Krausman and McGinity, JJ., concur.